UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE INDEPENDENCE PROJECT, INC., a New
Jersey non-profit corporation, and
RONALD MOORE, Individually,

    v.

BERGEN SPRINGFIELD ASSOCIATES, LLC,
a New Jersey limited liability
company, and STAPLES THE OFFICE
SUPERSTORE EAST, INC.,
a Delaware corporation

Civil Action No. _____

**DISCLOSURE STATEMENT**

The undersigned counsel for  THE INDEPENDENCE PROJECT, INC.  ,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

Alan R. Ackerman
Print Name

_____
Date

Law Offices of Alan R. Ackerman
Name of Firm

1719 Route 10 East
Address

Parsippany, NJ 07054
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)